Fannie E. Mount, appellant,

*v.*

The Manhattan Bank of New York et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Mount* v. *Manhattan Co., 16 Stew. Eq. 25.*

*Mr. W. H. Vredenburgh* and *Mr. W. L. Dayton,* for appellant.

*Messrs. Bedle, Muirheid & McGee,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the Vice-Chancellor.